**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

___

**BUILDING TRADES UNITED PENSION TRUST FUND**
**and SCOTT J. REDMAN (in his capacity as Trustee),**

        **Plaintiffs,**

v.                                                                                     Case No. 18-cv-0008

**PRECISION ATHLETIC FLOORING, LLC,**

        **Defendant.**

___

**NOTARY OF VOLUNTARY DISMISSAL**

___

       Pursuant to Rule 41(a)(1)(i) of the Fed. R. Civ. P., the Plaintiffs hereby voluntarily dismiss the above-entitled action against Defendant Precision Athletic Flooring, LLC without prejudice.

       Dated this 31st day of January, 2018.

                                              s/Philip E. Thompson
                                              Philip E. Thompson (SBN:1099139)
                                              **The Previant Law Firm, S.C.**
                                              310 West Wisconsin Avenue, Suite 100 MW
                                              Milwaukee, WI 53203
                                              414-203-0514 (Telephone)
                                              414-271-6308 (Fax)
                                              Email: pet@previant.com
                                              Attorneys for the Plaintiffs